UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80199-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY WETHERALD,

        Defendant.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE is before the Court upon Defendant's Motion for Reconsideration of Denial of Motion for Approval of Real Time Transcription and Daily Transcripts for Trial [DE 130]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is **DENIED**.

DONE and ORDERED in West Palm Beach, Florida, this 7th day of July, 2008.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel